**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

F I L E D

Page 2

MAY 2 4 2018

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

1:18-CV-019-LMB/VINS

| United States District Court | Eastern District of Virginia |
|---|---|
| Name (under which you were convicted): <br> Dr. Kevin W. Church, Sr. | Docket or Case No.: <br> 1071-15-1 & CR13000073-01 &02 |
| Place of Confinement: Deerfield Correctional <br> Center, Capron, Virginia 23829 | Prisoner No.: <br> 1587592 |

| Petitioner (include the name under which you were convicted) <br> Dr. Kevin W. Church, Sr.    v. | Respondent (authorized person having custody of petitioner) <br> Commonwealth of Virginia <br> Northampton Co. Circuit Court |
|---|---|

SERVE: The Attorney General of the Commonwealth of Virginia,
900 E. Main Street, Richmond, VA 23219

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

Northampton County Circuit Court, P.O Box 690, Eastville,

Virginia 23347

    (b). Criminal docket or case number (if you know): 1071-15-1 & CR13000073-01 & 02

2. (a). Date of the judgment of conviction (if you know) September/2014

    (b). Date of Sentencing: September/2014

3. Length of sentence: 10 years ("Supposedly Under the Old Law (65%)

4. In this case, were you convicted on more than one count or of more than one crime? (Yes)   No

5. Identify all crimes of which you were convicted and sentenced in this case: 1.) Adultery/Fornication;
Incest w/child 13-17 years old (Alleged occurrence: Auguust/1991;23yrs.
ago), (sex-3642-f3) (18.2-366 (B). 2.) (Rap-1130-F-9), (18.2-61)(A)(iii)
(Alleged occurrence: 23 years ago in August/1991)

6. What was your plea (check one)

    (1) ✓    Not Guilty          (3) ✓   Nolo Contendere (no contest) ⟩ "Alford plea"

    (2)    Guilty                (4)   Insanity plea

    (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or

charge, what did you plead guilty to and what did you plead not guilty to    N/A

R E C E I V E D

MAY 2 1 2018

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

6024 28/8 (07-2851)

(c). If you went to trial, what kind of trial did you have? (Check one)

    Jury    (Judge only)

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    (Yes)    No

8. Did you appeal from the judgment of conviction?

    (Yes)    No

9. If you did appeal, answer the following:

  (a) Name of court: __Virginia Court of Appeals__

  (b) Docket or case number (if you know): __1071-15-1; October 28, 2015__

  (c) Result: __Denied__

  (d) Date of result (if you know): __February/2016 (?)__

  (e) Citation to the case (if you know): __(?)__

  (f) Grounds raised: __Please see enclosed brief (EXHIBIT)submitted__
__by Attorney Tucker Watson, my representing attorney at that__
__time.__

  (g) Did you seek further review by a higher state court? (Yes) No

    If yes, answer the following:

    (1) Name of

court: __Supreme Court of Virginia__

    (2) Docket or case number (if you know): __Record NO. 160605__

    (3) Result: __Court refused my petition for appeal.  Please see__
__Ehibit page 57 of 149 enclosed.__

    (4) Date of result (if you know): __February 10, 2017__

    (5) Citation to the case (if you know): __(?)__

    (6) Grounds raised: __"Same as above"__

(h) Did you file a petition for certiorari in the United States Supreme Court? (Yes) No

  If yes, answer the following: _"Pro Se"_

  (1) Docket or case number (if you know): __NO. 17-6210; October 2, 2017__

(2) Result: ___Perplexing (Paradoxical); "By this I mean my case__ was graciously docketed on October 2, 2017; and then disappointingly and shockingly "rescinded/denied" approximately sixty (60) days later (12/17).

(3) Date of result (if you know): __12/17__

(4) Citation to the case (if you know): __"None given to me by the United States__ Supreme Court , nor their assigned Clerk Melissa Blaylock or any other US Supreme Court Case Analysts."

10. Other than the direct appeals listed above, have you previously filed and other petitions, applications, or motions concerning this judgment f conviction n any other court?

Yes    (No)

11. If your answer to question 10 was "Yes," give the following information:

(a) (1) Name of court: _____N/A_____

(2) Docket of case number (if you know):_____

(3) Date of filing (if you know):_____

(4) Nature of the proceeding: _____

(5) Grounds raised:_____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

Yes   (No)

(7) Result: _____

(8) Date of result (if you know):_____

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court:_____N/A_____

(2) Docket or case number (if you know):_____

(3) Date of filing (if you know):_____

(4) Nature of the proceeding: _____

(5) Grounds raised:_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

Yes    (No)

(7) Result:_____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name court: _____ N/A _____

(2) Docket or case number (if you know):_____

(3) Date of filing (if you know):_____

(4) Nature of the proceeding: _____

(5) Grounds raised:_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

Yes    (No)

(7) Result: _____ N/A _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    (Yes)    No

(2) Second petition:   (Yes)    No

(3) Third petition:    (Yes)    No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did

not:_____N/A_____

12. For this petition, state every ground on which you claim that you are being held in violation of

the Constitution, laws, or treaties of the United States. Attach additional pages if you have  more that

four grounds. State the facts and law supporting each ground. (Please se enclosed "Petition to
the United States Supreme Court under the "Ehibit pages)

CAUTION: To proceed in the federal court, you must ordinarily first exhaust your available state court

remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all

the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE:___Fraud Upon the Courts_____

_____

(a) Supporting facts and law (State the specific facts and law that support your claim):

____"Please see the detailed Ehibits. Thank you)_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground One, explain why:____N/A____

_____

_____

_____

(c) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?

(Yes)    No

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a

state trial Court?

(Yes)    No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:"Appellate Motion" ; 10/2015

Name and location of the court where the motion or petition was filed: Virginia Court
of Appeals, Richmond Virginia 23219

Docket or case number (if you know): 1071-15-1; 1858-15-1; CL06-0122

Date of the court's decision: February/2016

Result: (attach a copy of the court's opinion or order, in available): Please see detailed Exhibit. Thank you.

(3) Did you receive a hearing on your motion of petition?

Yes   No

(4) Did you appeal from the denial of your motion or petition?

Yes   No

(5) If your answer to Question (d)(4) is "Yes," Did you raise this issue on appeal?

Yes   No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Virginia Supreme Court Richmond, Virginia 23219

Docket or case number (if you know): 1071-15-1; 1858-15-1; CL06-0122

Date of the court's decision: March 24, 2017

Result: (attach a copy of the court's opinion or order, in available): (Please see detailed Exhibit)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No" explain why you did not raise this issue: N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: I appealed "Pro Se" to the United States Supreme Court (Writ of Certiorari; Docket No. 17-6210

**GROUND TWO:** Retaliation, Vindictive Acts, and Discrimination

(a) Supporting facts and law (State the specific facts and law that support your claim):

"Please see detailed Exhibit"

(p.7 of 38) (672-859) Dr. Kenn W Cheng Jr. 2/20/18

(b) If you did not exhaust your state remedies on Ground Two, explain why:   N/A

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes    No

(2) If you did not raise this issue in your direct appeal, explain why:   N/A

(d) ) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial Court?
Yes    No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: "Appellate Motion" 10/2015

Name and location of the court where the motion or petition was filed: Virginia Court of Appeals, Richmond, Virginia 23219

Docket or case number (if you know): 1071-15-1; 1858-15-1; CL06-0122

Date of the court's decision:   February/2016

Result: (attach a copy of the court's opinion or order, in available):  Please see detailed Exhibit.  Thank You.

(3) Did you receive a hearing on your motion of petition?
Yes    No

(4) Did you appeal from the denial of your motion or petition?
Yes    No

(5) If your answer to Question (d)(4) is "Yes," Did you raise this issue on appeal?
Yes    No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Virginia Supreme Court

Richmond, Virginia 23219

Docket or case number (if you know): 1071-15-1; 1858-15-1; CL06-0122

    Date of the court's decision: March 24, 2017

    Result: (attach a copy of the court's opinion or order, in available): Please see
detailed Exhibit

(7) If your answer to Question (d)(4) or Question (d)(5) is "No" explain why you did not raise
this issue: _____ N/A

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies,
etc.) that you have used to exhaust your state remedies on Ground Two: I appealed under a
"Pro Se" status to the United States Supreme Court (Writ of Certiorari;
Docket No. 17-6210

**GROUND THREE:** Ineffective Representation of Counsel
Attorney Garrett Dunham ("whom I eventually terminated) and the courts
(Judge Revell Lewis III) "refused to allow me to "rescind my Involuntary
(a) Supporting facts and law (State the specific facts and law that support your claim):

   and coerced Alford Plea, due to atty. Dunham's incompetence, and

   ineffective representation, as well as Judge Lewis's "hubris

   conflict of interest." ("please see detailed Exhibit).

(b) If you did not exhaust your state remedies on Ground One, explain why: N/A
   I ventually terminated Attorney Garrett Dunham and reported him
   to the Virginia State Bar Association.

(c) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

    (Yes)   No

**(d) Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial Court?

(Yes)     No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____ Appellate Motion (10/2015) _____

Name and location of the court where the motion or petition was filed: Virginia Court of Appeals, Richmond, Virginia 23219

Docket or case number (if you know): 1071-15-1; 1858-15-1; CL06-0122

Date of the court's decision: ~~March 24, 2017~~ February/2016

Result: (attach a copy of the court's opinion or order, in available): Please see detailed Exhibit

(3) Did you receive a hearing on your motion of petition?

Yes     (No)

(4) Did you appeal from the denial of your motion or petition?

(Yes)     No

(5) If your answer to Question (d)(4) is "Yes," Did you raise this issue on appeal?

(Yes)     No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Virginia Supreme Court Richmond, Virginia  23219

Docket or case number (if you know): 1071-15-1; 1858-15-1; CL06-0122

Date of the court's decision: __ March 24, 2017 __

Result: (attach a copy of the court's opinion or order, in available): Please see detailed Exhibit

(7) If your answer to Question (d)(4) or Question (d)(5) is "No" explain why you did not raise this issue: _____ N/A _____

**(e) Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: I appealed under the "Pro Se" status to the United States Supreme Court (Writ of Certiorari; Docket No. 17-6210)

**GROUND FOUR:** Violation of my Fifth Amendment and Sixth Amendment

(Double Jeopardy, and Due Process of the Law, denying my ability to face my accuser, who "recanted" her story in 1991, and the case was dropped & (a) Supporting facts and law (State the specific facts and law that support your claim): unfounded.

1.) Please see testimony by Ms. Mary Mitchell, who was the case worker in 1991 and she currently remains employed with the Northampton County social worker office, Eastviile, Virginia 23347

2.) Additionally, upon medical examination ("at my stern request to my daughter's mother Faye Tankard"), when my daughter returned home to Virginia from her Georgia vacation via airplane, the doctor at the Franktown Virginia Medical Clinic, determined that her "hymen membrane was still in tact. My daughter was still a "virgin." The case was dropped & marked "unfounded."

(b) If you did not exhaust your state remedies on Ground One, explain why: N/A

"NO DNA was nor has been requested or presented from 1991-Present Day." (Please See enclosed Forensic/Biological Request by me")

**(c) Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

(Yes) No

**(d) Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial Court?

(Yes) No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Appellate Motion 10/2015

Name and location of the court where the motion or petition was filed: Virginia Court of Appeals, Richmond, Virginia 23219

Docket or case number (if you know): 1071-15-1; 1858-15-1; CLo6-1022

Date of the court's decision: February/2016

Result: (attach a copy of the court's opinion or order, in available): Please see detailed Exhibit. Thank you.

(3) Did you receive a hearing on your motion of petition?

Yes (No)

(4) Did you appeal from the denial of your motion or petition?

Yes   No

(5) If your answer to Question (d)(4) is "Yes," Did you raise this issue on appeal?

Yes   No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Virginia Supreme

Court, Richmond, Virginia 23219

   Docket or case number (if you know): 1071-15-1; 1858-15-1; CL06-0122

   Date of the court's decision: March 24, 2017

   Result: (attach a copy of the court's opinion or order, in available): Please see

   detailed Exhibit. Thank You.

(7) If your answer to Question (d)(4) or Question (d)(5) is "No" explain why you did not raise

this issue: _____ N/A _____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies,

etc.) that you have used to exhaust your state remedies on Ground Four: I appealed under a

"pro se" status to the United States Supreme Court for a "Writ of

Certiorari". It was "granted" to me and Docketed on October 2, 2017;

Docket NO. 17-6210

**GROUND FIVE:** Violation of several Admendments to the United States

 Constitution, as well as "the ignorance" of the "Statue of Limitations"

against Grounds #4.

(a) Supporting facts and law (State the specific facts and law that support your claim):

Please see enclosed detailed Exhibit, espescially pages 22-31.

Thank You.

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground One, explain why: N/A

_____

_____

**(c) Direct Appeal of Ground Five:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

(Yes)   No

**(d) Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial Court?

(Yes)   No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:   Appellate Motion-10/2015

Name and location of the court where the motion or petition was filed: Virginia Court of Appeals, Richmond, Virginia 23219

Docket or case number (if you know): 1071-15-1; 1858-15-1; CL06-0122

Date of the court's decision:  February/2016

Result: (attach a copy of the court's opinion or order, in available):  Please see detailed Exhibit.  Thank You.

(3) Did you receive a hearing on your motion of petition?

Yes   (No)

(4) Did you appeal from the denial of your motion or petition?

(Yes)   No

(5) If your answer to Question (d)(4) is "Yes," Did you raise this issue on appeal?

(Yes)   No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Virginia Supreme Court Richmond, Virginia 23219

Docket or case number (if you know): 1071-15-1; 1858-15-1; CL06-0122

Date of the court's decision:  March 24, 2017

Result: (attach a copy of the court's opinion or order, in available):  Please see detailed Exhibit.  Thank You.

(7) If your answer to Question (d)(4) or Question (d)(5) is "No" explain why you did not raise this issue:  N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: I appealed under a "Pro Se" status to the United States Supreme Court for a "Writ of Certiorari." It was "granted" and Docketed on October 2, 2017; Docket NO. 17-6210.

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?  (Yes)  No

If your answer is "No" state which grounds have not been so presented and give your Reason (s) for not presenting them: N/A

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reason for not presenting them: 1. "Statue of Limitations" against all the pretentious charges against me. 2. The Judicial Branch; Article III; Sections 1 and 2. 3. My reasoning for not further petitioning the the above stated Grounds was due to "political abandonment" by my 2nd Court appointed attorney, Tucker Watson, who happened to be the In-Law of the Commonwealth Atty. Bruce Jones

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?  Yes  (No)

If "Yes," state the name and location of the court, the docket or case number, type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

N/A

15. Do you have any petition or appeal now pending in any court, either state of federal, for the judgment you are challenging?  Yes  (No)

If "Yes," state the name and location of the court, the docket or case number, type of proceeding, the issues raised. N/A

Dr. Kevin W Cleary Jr
2/20/18

16. Give the name and address, in you know, of each attorney who represented you in the
following stages of the judgment you are challenging:

(a) At preliminary hearing: _Attorney Tucker L. Watson, Esq. (VSB#77994)_
_16414 Courthouse Road, Eastville, Virginia 23347 (757)678-5470_

(b) At arraignment and plea: _"same as "a" above."_

(c) At trial: _"same as (a) above"_

(d) At sentencing: _"same as (a) above"_

(e) On appeal: _"same as (a) above"_

(f) In any post-conviction proceeding: _N/A; ("Political Abandonment" occurred by_
_Attorney Watson after my "Appellate Exhaustion" throughout the State of VA. I_
_then became "Pro Se" status._

(g) On appeal from any ruling against you in a post-conviction proceeding: _I represented_
_myself "Pro Se" during my "Petition for Writ of Certiorari" to_
_The United States Supreme Court.  "Please seedetailed Exhibit."_

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you
are challenging?   Yes   (No)

(a) If so, give name and location of the court that imposed the other sentence you will serve in
the future: _N/A_

(b) Give the date the other sentence was imposed: _N/A_

(c) Give the length of the other sentence: _N/A_

(d) Have you filed, or (do you plan to file) any petition that challenges the judgment or sentence to be
served in the future?   (Yes)   No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year
ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. §
2244 (d) does not bar your petition. _N/A_

_____
N/A
_____

_____

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2254(d) provides in part that:

(1)  A one0year period of limitation shall apply to an application for writ of habeas corpus by a person in custody pursuant to the judgment of a State Court. The limitation period shall run from the latest of ---

    (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

    (B) the date on which the impediment to file an application created by State action in violation of the Constitution or law of the United States is removed, if the application was prevented from filing by such state action;

    (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme court and made  retroactively applicable to cases on collateral review; or

    (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2)  The time during which a properly filed application for state post-conviction or other Collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

_____
N/A
_____

_____

_____

_____

_____

_____

_____

Therefore, petitioner asks that the Court grant the following relief: Please vacate all charges against me based on this Petition. And/or grant me a new trial with a change of venue and a new appointed attorney, restore all of my U.S Constitutional Rights & Privileges, as well as award or any other relief to which petitioner may be entitled.

Signature of Petitioner

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on February March 3, 2018 _____ (month, date, year).

Executed (signed) on February 20, 2018 (date).

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. "same"

**VIRGINIA:**                    _____

Dr. Kevin Wendell Church, Sr.
    *Petitioner,*

v.                                      Case No. 1858-15-1 & CR14-156-01-
                                                 CR14-156-04
Commonwealth of Virginia
    *Respondent.*
Northampton County Virginia

## PETITION FOR WRIT OF HABEAS CORPUS

### Instructions - Read Carefully

In order for this petition to receive consideration by the Court, it must be legibly handwritten or typewritten, signed by the petitioner and verified before a notary or other officer authorized to administer oaths. It must set forth in concise form the answers to each applicable question. If necessary, petitioner may finish his answer to a particular question on an additional page. Petitioner must make it clear to which question any such continued answer refers. The petitioner may also submit exhibits.

Since every petition for habeas corpus must be sworn to under oath, any false statement of a material fact therein may serve as the basis of prosecution and conviction for perjury under § 18.2-434. Petitioners should, therefore, exercise care to assure that all answers are true and correct.

When the petition is completed, the original and two copies (total of three) should be mailed to the clerk of the court. The petitioner shall keep one copy.

### NOTICE

The granting of a writ of habeas corpus does not entitle the petitioner to dismissal of the charges for conviction of which he is being detained, but may gain him no more than a new trial.

Place of detention: Deerfield Correctional Center; 21360 Deerfield Drive
Capron, Virginia 23829

### A. Criminal Trial

1. Name and location of court which imposed the sentence from which you seek relief:

Northampton County District Court, Eastville, Virginia 23347

2. The offenses for which sentence was imposed (include number(s) if known: [FRD-2743-F-9, 18.2-178
    a. Obtain Momey/etc./false pretense, larceny = $200.00
    b. Other forgery writing: not in 18.2-168 & 18.2-178, [FRD-2520-F5]
       [18.2-172], forgery:  [Alleged Occurrence: 10/2005]

    c. Forgery:Obtain signature by false pretense [FRD-2742-F4]
       [Alleged Occurrence: 10/2005]

3. The date upon which sentence was imposed and the terms of the sentence:

   a. October 6, 2015     ("10 years later")

   b. 3.5 years

4. Check which plea you made and whether trial was by jury:

   Plea of guilty: __ Plea of not guilty: _x_ Trial by jury: __ Trial by judge without jury: X

5. The name and address of each attorney, if any, who represented you at your criminal trial:

   . Garrett W. Dunham, Esq. (VSB#68116); I terminated him and filed a complaint against him to the Virginia State Bar Association (see enclosed)
   . Tucker L. Watson (VSB#77994); He is the In-law of the Commonwealth Attorney, Bruce Jones. Addresses: "please see enclosed Certificate of Service

6. Did you appeal the conviction? ___Yes___

7. If you answered "yes" to 6, state: the results and the date in your appeal or petition for certiorari:

   c. "Appeal was politically denied."

   d. October/2015

          Citations of the appellate court opinions or orders:

   a. "Please see enclosed"

   b. _____

8. List the names and address of each attorney, if any, who represented you on your appeal:

   Tucker L. Watson, Esq. (VSB#77994); 16414 Courthouse Road
Eastville, Virginia 23347; (757) 678-5470

**B. Habeas Corpus**

9. Before this petition did you file with respect to this conviction any other petition for habeas corpus in either a State or federal court? ___No___

10. If you answered "yes" to 9, list with respect to each petition, the name and location of the court in which each was filed:

   a. _____ N/A _____

   b. _____

Dr. Kew W. Chingto 2
2/20/18

The disposition and the date:

a. ___N/A_____

b. _____

The name and address of each attorney, if any, who represented you on your habeas corpus:

a. ___N/A_____

b. _____

11. Did you appeal from the disposition of your petition for habeas corpus?   ___N/A_____

12. If you answered "yes" to 11, state: the result and date of each petition:   ___N/A_____

   a. _____

   b. _____

Citation of court opinion or orders on your habeas corpus petition:

a. ___N/A_____

b. ___N/A_____

Name and address of each attorney, if any, who represented you on appeal of your habeas corpus?

a. ___N/A_____

b. ___N/A_____

## C.  Other Petitions, Motions or Appeals

13. List all other petitions, motions or applications filed with any court following a final order of
conviction and not set out in A or B. Include the nature of the motion, the name and location of the
court, the result, the date, and citations to opinions or orders. Give the name and address of each
attorney, if any, who represented you:

a. ___N/A_____

b. ___N/A_____

3

### D.  Present Petition

14. State the grounds which make your detention unlawful, including the facts on which you intend to rely:

a.  "Fraud Against the Courts" committed by Judge Revell Lewis III'
Co-conspirator Judge Edward Hanson, who should have "recused
himself also."

b. Violation of my VII Amendmendment Right to the U.S. Constitution,
which in turn subsequently violated my V & VI Amendments to the
United States Constitution.

c.  Blatant ignorance of the "Virginia State Statue of Limitations"

d.  Numerous other U.S. Constitutional Violations.  Please see
detailed Exhibit.  Thank You.

e.

f.

g.

4

15. List each ground set forth in 14, which has been presented in any other proceeding:

a. _____ N/A _____

b. . _____

c. . _____

d _____

e. _____

f. _____

g. _____


List the proceeding in which each ground was raised:

a. _____ N/A _____

b. _____

c. _____

d _____

e. _____

f. _____

g. _____

16. If any ground set forth in 14 has not been presented to a court, list each ground and the reason why it was not:

a. _____ N/A _____

b. _____

c. _____

d. _____

e. _____

f. _____

_____
Signature of Petitioner

_Deerfield Correctional Center_
_21360 Deerfield Drive_
_Capron, Virginia 23829_
Address of Petitioner

(p. 22 y 27) (p72891)

5

STATE OF VIRGINIA

CITY/COUNTY OF Southampton

The petitioner being first duly sworn says:

1.    He signed the foregoing petition:

2.    The facts stated in the petition are true to the best of his information and belief.

_____
Signature of Petitioner

Subscribed and sworn to before me

This 27 day of February , 20 18 .

_____
Notary Public

My commission expires 3|31|2019 .

Notary Registration Number: 7212266



    This petition will not be filed without payment of court cost unless the petitioner is entitled to proceed in forma pauperis and had executed the affidavit in forma pauperis.

    The petitioner who proceeds in forma pauperis shall be furnished, without cost, certified copies of the arrest warrants, indictments and order of his conviction at his criminal trail in order to comply with the instructions of this petition.

(p. 23 of 28) (072859)